**Order entered March 9, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01596-CV

### IN THE ESTATE OF MARIE MERKEL, DECEASED

**On Appeal from the Probate Court No. 3
Dallas County, Texas
Trial Court Cause No. PR-05-00375-3**

## ORDER

We **GRANT** the March 4, 2015 unopposed second motion for an extension of time to file

a brief.  Appellant shall file a brief by **MARCH 25, 2015**.  We caution appellant that no further

extension of time will be granted absent extraordinary circumstances.


/s/    ELIZABETH LANG-MIERS
        JUSTICE